**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 10634 |
| Leonard J. Wheeler, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

Joel P Fonferko, Codilis & Associates, P.C., 15W030 N. Frontage Road, Suite 100 Burr Ridge, IL 60527, representing Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-RZ5;

See attached service list.

Please take notice that on February 11, 2019, at 9:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on January 25, 2019, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-10634<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan 25 10:25:34 CST 2019 | Cerastes, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 Western Ave Suite 400<br>Seattle, WA 98121-3132 | Ocwen Loan Servicing, LLC as servicer for U.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cerastes, LLC<br>C/O Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 | Check 'n Go<br>C/O Real Time Resolutions, Inc.<br>PO Box 566027<br>Dallas, TX 75356-6027 |
| Check 'n Go - Melrose Park<br>1909 N Mannheim Rd<br>Melrose Park, IL 60160-1012 | Chicago Post Office ECU<br>10027 S. Western Ave<br>Chicago, IL 60643-1925 | IDOR<br>PO Box 64338<br>Chicago, IL 60664-0291 |
| IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0291 | MBI, Inc<br>47 Richards Ave<br>Norwalk, CT 06854-2309 |
| OCWEN FEDERAL BANK/QC<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 | PCS Stamps & Coins<br>47 Richards Ave<br>Norwalk, CT 06854-2309 | PLS - Broadview<br>1900 W Roosevelt Rd<br>Broadview, IL 60155-2926 |
| PYOD, LLC its successors and assigns as assi<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | RISE<br>PO Box 101808<br>Fort Worth, TX 76185-1808 |
| Sierra Lending<br>P.O. Box 647<br>Santa Ysabel, CA 92070-0647 | U.S. Bank National Association, as Trustee f<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Leonard J. Wheeler<br>1218 S 12th Ave<br>Maywood, IL 60153-1964 |
| Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 |

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (u)U.S. Bank National Association, as Trustee | (d)Ocwen Loan Servicing, LLC as servicer for<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | <br>30<br>2<br>32 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 10634 |
| Leonard J. Wheeler, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Leonard J. Wheeler, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. Debtor respectfully requests that this motion be heard on short notice.

2. On March 29, 2016, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

3. On July 25, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

4. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100.00% of their allowed claims.

5. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $410.00 monthly for 36 months.

6. Debtor was unable to afford both regular expenses and his Plan payment. As a result, a default accrued.

7. Debtor is paying his secured creditors 100% of their allowed claims and can continue making payments moving forward.

8. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

9. Debtor is in a position to proceed with the instant case.

10. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625